```
QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHAN B. KICYLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00128 AWI |
| Plaintiff, | STIPULATION CONTINUING MOTIONS HEARING |
| v. | AND ORDER THEREON |
| NATHAN B. KICYLA, | Date:  July 25, 2005 |
| Defendant. | Time:  9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the hearing on motions now set for June 13, 2005, may be continued to July 25, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation and time to adequately prepare appropriate motions on defendant's behalf .

///

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein in the interest of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: June 9, 2005                   By:  /s/ Francine Zepeda with consent of
                                                      Jonathan B. Conklin
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

                                        QUIN DENVIR
                                        Federal Public Defender

DATED: June 9, 2005                   By:  /s/ Francine Zepeda
                                                        Assistant Federal Defender
                                                        Attorneys for Defendant
                                                        NATHAN B. KICYLA

## O R D E R

Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 10, 2005**                          **/s/ Anthony W. Ishii**
0m8i78                                                UNITED STATES DISTRICT JUDGE