QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHAN B. KICYLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHAN B. KICYLA, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-cr-00128 AWI <br><br> STIPULATION CONTINUING STATUS CONFERENCE HEARING AND ORDER THEREON <br><br> Date:  October 24, 2005 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for September 26, 2005, may be continued to October 24, 2005, at 9:00 A.M.**

The continuance is at the request of defense counsel because Mr. Kicyla is scheduled for jury duty on the date now set for hearing and will not be available to attend court.

///
///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

```
                                                McGREGOR W. SCOTT
                                                United States Attorney


DATED: September 21, 2005            By:    /s/ Francine Zepeda with consent of
                                              Jonathan B. Conklin
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            QUIN DENVIR
                                            Federal Public Defender



DATED: September 21, 2005            By:    /s/ Francine Zepeda
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            NATHAN B. KICYLA
```

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    September 24, 2005**            /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing and [Proposed] Order Thereon                  2