QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHAN B. KICYLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00128 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING |
| v. | ) | AND ORDER THEREON |
| NATHAN B. KICYLA, | ) | Date:   November 14, 2005 |
| Defendant. | ) | Time:  9:00 A.M. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

counsel that **the status conference hearing now set for October 24, 2005, may be continued to**

**November 14, at 9:00 A.M.**

The continuance is at the request of defense counsel because counsel needs additional time for

review of images and computer data,  investigation and preparation of the case.

///

///

///

///

///

///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests

2   of justice, including but not limited to, the need for the period of time set forth herein in the interest of

3   justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),

4   and 3161(h)(8)(B)(iv).

5                                                            McGREGOR W. SCOTT
                                                             United States Attorney
6

7                                                            /s/ Francine Zepeda with consent of
8   DATED: October 20, 2005               By:    Jonathan B. Conklin
                                                             Assistant United States Attorney
9                                                            Attorney for Plaintiff

10                                                           QUIN DENVIR
11                                                           Federal Public Defender

12

13  DATED: October 20, 2005               By:    /s/ Francine Zepeda
14                                                           Assistant Federal Defender
                                                             Attorneys for Defendant
15                                                           NATHAN B. KICYLA

16

17

18                                      **O R D E R**

19          **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A),

20  3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

21

22  IT IS SO ORDERED.

    **Dated:    October 24, 2005**              /s/ Anthony W. Ishii
23  0m8i78                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28