DENNIS S. WAKS, Bar #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
NATHAN B. KICYLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00128 AWI |
| Plaintiff, ) | STIPULATION CONTINUING STATUS CONFERENCE HEARING |
| v. ) | AND ORDER THEREON |
| NATHAN B. KICYLA, ) | Date: January 23, 2006 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing set for January 9, 2006, may be continued to January 23, 2006, at 9:00 A.M.**

This continuance is sought at the request of counsel for defendant to allow for continuity of counsel because she is still on medical leave and does not anticipate return to her office until after January 9, 2006, the date now set for hearing.

///
///
///
///
///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests
2  of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3  justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4  and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 4, 2006    By:   /s/ Virna L. Santos
VIRNA L. SANTOS
Assistant United States Attorney
Attorney for Plaintiff

DENNIS S. WAKS
Acting Federal Public Defender

DATED: January 4, 2006    By:   /s/ Melody M. Walcott for Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
NATHAN B. KICYLA

## **O R D E R**

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:    January 9, 2006**             /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference
Hearing and [Proposed] Order Thereon                2